UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN CONTEH,
                    Petitioner,

                                                    CIVIL ACTION

        v.
                                                    NO.   05-11724-NG

BRUCE CHADBOURNE, ET AL.,
                    Respondents

                    O R D E R

GERTNER,  D. J.

        On August 18, 2005, Petitioner, John Conte, an immigration detainee confined at the

Plymouth County Correctional Facility, filed a petition for a writ of habeas corpus under Section

2241.   Petitioner failed to pay the $5.00 filing fee or file an Application to Proceed Without

Prepayment of Fees.

        A party filing a habeas corpus petition must either (1) pay the $5.00 filing fee for habeas

corpus actions, or (2) file an Application to Proceed without prepayment of fees.  See 28 U.S.C.

§ 1914(a)(filing fees); § 1915(proceedings *in forma pauperis*).  An Application for waiver of the

filing fee must be accompanied by a document certifying the amount of funds on deposit to the

petitioner's credit at his institution of incarceration. See Rule 3(a) of the Rules Governing

Section 2254 cases (applicable to other habeas petitions).

        Accordingly, it is hereby ORDERED that Petitioner John Conteh shall either pay the

$5.00 filing fee, or file a completed Application to Proceed Without Prepayment of Fees

accompanied by his certification of the amount of funds on his credit with the Plymouth County

Correctional Facility, within forty-two (42) days of the date of this Order; failing which, this

action is subject to dismissal.

        Notwithstanding the unresolved filing fee issue, it is FURTHER ORDERED that:

        (1) The Clerk shall serve a copy of this Order and the petition by certified mail upon the

respondent Joseph D. McDonald, Jr., Sheriff, Plymouth County Correctional Facility; AND

counsel for the Respondent: (i) the United States Attorney; AND (ii) Frank Crowley, Department

of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station,

Boston, MA  02114 by certified mail AND

        (2) The Respondents shall file an answer or other responsive pleading within 20 days of

receipt of the petition; and

(3) The Respondents shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.


SO ORDERED.

August 23, 2005 _____          /s/ Nancy Gertner
Date                                      NANCY GERTNER
                                          UNITED STATES DISTRICT JUDGE