United States District Court
District of Massachusetts

John Conteh,
    Petitioner,

v.

Bruce Chadbourne, et al.,
    Respondents

No: 05-11724-NG

**Motion for Acknowledgement of Payment**

Sirs,

Please take notice that, upon inquiry with the Plymouth Jail officials, it was confirmed that a check for $5.00 was mailed with the petition for filing with this court. A copy of that check is enclosed.

Please correct the record acknowledging receipt, or issue an order ordering the ~~Court~~ Jail to reissue the check for $5.00.

Respectfully Submitted,
John Conteh #30635,
PCCF,
26 Long Pond Road,
Plymouth, MA. 02360

Dated: 31 August 2005.
Plymouth, MA. 02360.

Attachment:
Copy of check.

Detach and keep this receipt for department records.

Transaction Date: 8/16/2005                                                CHECK # 6706

Check Amount: $5.00                          **CLERK OF COURT**
                                             **US DISTRICT COURT**
Account Number: 30635                        **1 COURTHOUSE WAY**
                                             **BOSTON, MA  02210**

Comments:

JOHN CONTEH A73630730

---

**PLYMOUTH COUNTY CORRECTIONAL FACILITY**
**Money Disbursement Request**
**Inmate Receipt**

316

Inmate Name: John Conteh                Unit: H3

A deduction in the amount of: $ 5.00

Was made from your account on: (Date) 8.16.05

Inmate Accounts Staff Signature: _____

Bottom portion To be returned to inmate