```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

JOHN CONTEH,                   )
                               )
          Petitioner           )
                               )     Civil Action No.
     v.                        )     05cv11724-RCL
                               )
BRUCE CHADBOURNE, ET AL.       )
                               )
          Respondents[1]       )
```

## STATUS REPORT TO COURT

As directed by order of the Court entered September 27, 2005, respondent reports on petitioner's removal status. Although petitioner's removal was scheduled for October 5, 2005, petitioner was not removed as scheduled. However, petitioner has been rescheduled for removal **on October 19, 2005**.

Removal of John CONTEH was attempted for October 5, 2005, as scheduled, but Mr. CONTEH was not permitted to transit through Belgium en route to Sierra Leone, by order of Belgian authorities. See Attachment A, Declaration of Chief Immigration Enforcement Agent James Brown, ¶ 6.

The reason Mr. CONTEH was not permitted to transit through Belgium is that Belgian restrictions allow only five (5) deportee transits (worldwide) through its territory each day, and on the

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the

day Mr. CONTEH was to have transited through Belgium that limit had already been reached.  Id., ¶ 7.

Mr. CONTEH has now been scheduled again for removal to Sierra Leone on **October 19, 2005**.  Id., ¶ 8.  No similar difficulty is expected regarding transit of Mr. CONTEH through Belgium on October 19, 2005, because ICE has provided advance notification of the scheduled transit to the Belgian authorities and so has "reserved" the transit of Mr. CONTEH through Belgium as falling within the 5-transit daily limit of that country.  Id. ¶ 9.

Accordingly, respondent makes this status report to Court and gives notice of its intent to execute petitioner's removal order **on October 19, 2005.**

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                  By:   s/Frank Crowley
                       FRANK CROWLEY
                       Special Assistant U.S. Attorney
                       Department of Homeland Security
                       P.O. Box 8728
                       J.F.K. Station
                       Boston, MA 02114
                       (617) 565-2415

---

United States in a suit pending in a court of the United States").

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon pro se petitioner by mail on October 6, 2005.

                                  s/Frank Crowley
                                  FRANK CROWLEY
                                  Special Assistant U.S. Attorney
                                  Department of Homeland Security
                                  P.O. Box 8728
                                  J.F.K. Station
                                  Boston, MA 02114

ATTACHMENT A

## DECLARATION OF CHIEF IMMIGRATION
## ENFORCEMENT AGENT JAMES BROWN

Pursuant to the authority of 28 U.S.C. § 1746, I, JAMES BROWN, Chief Immigration Enforcement Agent at the Boston, Massachusetts, office of the Bureau of Immigration and Customs Enforcement of the United States Department of Homeland Security ("ICE"), declare as follows:

   1. I am the Chief Immigration Enforcement Agent at the Boston, Massachusetts, office of the Bureau of Immigration and Customs Enforcement of the United States Department of Homeland Security ("ICE").

   2. Included in my official duties as a Chief Immigration Enforcement Agent is the responsibility for supervising and monitoring the execution of orders of removal and deportation.  This responsibility relates to the process of confirming the existence of the necessary authorizations, or "travel documents", issued by foreign governments for the return of removable aliens to their respective home countries, and to the process of confirming the scheduling of the execution of removal orders by aircraft.

   3.  As a Chief Immigration Enforcement Agent in Boston, I am familiar with the process for travel document issuance by the various foreign governments, and with the day to day mechanisms of scheduling execution of and executing removal orders.

4. At the request of Special Assistant United States Attorney Frank Crowley, I have examined the administrative records available to me of efforts to enforce the final administrative removal order in the case of John CONTEH, Administrative File No. A73 630 730.

5. Upon review of the records available to me as a Chief Immigration Enforcement Agent, I confirmed by previous declaration dated September 7, 2005, that John CONTEH had been scheduled for removal from the United States on **October 5, 2005.**

6. Although removal of John CONTEH was attempted on October 5, 2005, as scheduled, Mr. CONTEH was not permitted to transit through Belgium en route to Sierra Leone, by order of Belgium authorities.

7. The reason Mr. CONTEH was not permitted to transit through Belgium is that Belgium restrictions allow only five (5) deportee transits (worldwide) through its territory each day, and on the day Mr. CONTEH was to have transited through Belgium that limit had already been reached.

8. Mr. CONTEH has now been scheduled again for removal to Sierra Leone on **October 19, 2005.**

9. I do not foresee the same difficulty arising regarding transit of Mr. CONTEH through Belgium on October 19, 2005, because ICE has provided advance notification of the scheduled transit to the Belgian authorities and so has

2

"reserved" the transit of Mr. CONTEH through Belgium as falling within the 5-transit daily limit of that country.

10. In conclusion, based upon my official position and experience regarding travel scheduling of removals, and based upon my particular knowledge of the special travel arrangements made for Mr. CONTEH's removal to Sierra Leone, it is my opinion that Mr. CONTEH will be removed from the United States as scheduled on **October 19, 2005**.

I declare, under penalty of perjury that the foregoing is true and correct.

Executed on: 10/5/05
Date            Signature

JAMES BROWN
Chief Immigration
Enforcement Agent
U.S. Dept. Homeland Security
Bureau of Immigration & Customs
Enforcement
Boston, Massachusetts

3