UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Conteh,
      Petitioner,

v.                              Civil Action No: 05-cv-11724-RCL

Bruce Chadbourne, et al
      Respondents

MOTION FOR EXTRAORDINARY MEASURE TO SEEK MEDICAL HELP.

HON. U.S.D.J.,

I AM HUMBLY WRITING YOU REQUESTING HELP FROM YOUR CHAMBERS OF UNDESERVE MERCY IN THE FORM OF IMMEDIATE RELEASE TO SEEK MEDICAL ATTENTION.

I STATE UNDER THE PAINS AND PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT.

1. THAT, THIS MATTER CAPTIONED ABOVE WAS BEFORE THIS COURT.
2. THAT AN ORDER WAS ISSUED AS MOOT IN THIS MATTER.
3. THAT I HAVE BEEN IN RESPONDENTS CUSTODY FOR OVER 4 YEARS NOW.
4. THAT, I AM CURRENTLY SICK NEEDING MEDICAL HELP WHICH IS NOT PROVIDED AT MY FACILITY.
5. THAT, I HAVE BEEN COMPLAINING FOR THE PAST FOUR YEARS TO THE MEDICAL AUTHORITIES REGARDING MY LUNGS.
6. THAT, NOT ONCE DID THE MEDICAL AUTHORITIES PROVIDED ME WITH TREATMENT DESPITE PROOF OF ABNORMAL XRAYS TILL
7. THAT, AT ANY TIME I COMPLAINED, IT WAS A NORMAL

routine, "its cold, you pulled a muscle etc.", results of tests never got back to me, you are always fine."

8. That, finally these past months, precisely this Saturday 1st October, 2005, things reached their climax, could not breath, severe chest pains, and eventually throwing up including chunks of my lungs. There was no doctor in the facility at that time, I have been waiting since then for ~~talk~~ the doctor to examine my condition, but of no avail, I will eventually loose my life if I continue in this condition, I need fresh air and medical help.

My family will afford a doctor to examine me and find out exactly what's going on inside me.

Your Honour, this is the only place I could seek help, and pray that you will order my immediate release to seek help, ~~the reason~~

Dated: 6 October, 2005
Plymouth, MA. 02360.

Respectfully Submitted,
John Conteh #30635,
PCCF,
26 Long Pond Road,
Plymouth, MA. 02360