```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

JOHN CONTEH,                    )
                                )
          Petitioner            )
                                )      Civil Action No.
     v.                         )      05cv11724-RCL
                                )
BRUCE CHADBOURNE, ET AL.        )
                                )
          Respondents[1]        )
```

### SECOND STATUS REPORT TO COURT

As directed by order of the Court entered October 6, 2005, respondent reports on petitioner's removal status.

Although petitioner's removal was scheduled for October 19, 2005, as reported to the Court on October 6, 2005, petitioner has sought and obtained a stay of removal from the First Circuit Court of Appeals, dated October 11, 2005.  See Attachment A.

Accordingly, respondent reports that petitioner was not removed as scheduled, due to the First Circuit stay order.

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  s/Frank Crowley
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114
                              (617) 565-2415
```

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon pro se petitioner by mail on October 20, 2005.

```
                              s/Frank Crowley
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114
```

---

United States in a suit pending in a court of the United States").

ATTACHMENT A

[ Home ]  [ P.A.C.E.R. ]  [ Full Docket ]  [ Opinions ]  [ Lower Dkt ]  [ Help ]

If you view the full docket, you will be charged for 9 Pages    $ 0.72

## US Court of Appeals for the First Circuit
## Case Summary

```
Court of Appeals Docket #: 05-1282                          Filed: 3/4/05
Nsuit:    0  (Criminal or NOT SET)
Conteh, et al v. Gonzales
Appeal from: U.S. Immigration & Naturalization Serv.

Lower court information:
     District: 0101-1 : A73-630-730           lead: A73-630-730
     Date Filed: **/**/**
```

10/11/05      ORDER entered by Judge Sandra L. Lynch, Senior Judge Levin
              H. Campbell, and Judge Kermit V. Lipez. In an order dated
              October 4, 2005, this court denied petitioner's pro se
              conditional request for a stay of removal "if and only if"
              removal would terminate judicial review.  Now represented
              by counsel, petitioner has filed a motion for stay of
              removal which is not conditioned upon a finding that the
              effect of removal would be to terminate judicial review.
              Resolving Conteh's petition may require us to decide an
              issue of first impression in this circuit, concerning what
              evidence may be considered in determining whether a prior
              conviction constitutes an "aggravated felony," as defined
              by 8 U.S.C. 1101(a)(43). Given that Conteh was granted
              asylum based upon a well-founded fear of persecution if
              returned to Sierra Leone, the risk of hardship if the
              present motion is denied is not insignificant. Conteh's
              Emergency Motion for Stay of Deportation pending this
              court's review of his petition is granted. Petitioner's
              Motion to File Replacement Brief, also construed as a
              motion to withdraw the previously filed pro se brief, is
              granted. Petitioner's substitute brief shall be filed by
              November 8, 2005. The deadline for respondent to file its
              brief is extended until December 8, 2005. [05-1282]
              [05-1282] (myra)

10/11/05      BRIEFING SCHEDULE. Petitioner's Brief due 11/8/05.
              Respondent's Brief due 12/8/05.  [05-1282] (myra)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/20/2005 13:30:45 | | | |
| PACER Login: | us5172 | Client Code: | |
| Description: | dkt summary | Case Number: | 05-1282 |
| Billable Pages: | 1 | Cost: | 0.08 |