John Conteh #30635,
PCCF,
26 Long Pond Road,
Plymouth, MA. 02360
20th November, 2005.

The Chambers of,
The Hon. Reginald C. Lindsay,
U.S.D.J,
1 Courthouse Way,
Boston, MA. 02210

Hon. U.S.D.J,

I am writing seeking help from your Chambers. I have tried through the prison system with no results and the only thing between now is death and my future life is at stake.

I am an INS detainee at Plymouth and have being denied medical treatment for my lungs for over 4 years despite my continuous requests and abnormal chest xrays, I was always told I will be taken to a hospital when INS approves; my requests to INS never came back.

On October 2, 2005 I was caughing and vomiting my rotten lungs accompanied by blood, I was am placed in medical lockup without a single treatment because I am an INS detainee.

The doctor did not talk to me since I

came to medicals on October 2, 2005. The first and only time was on November 15, 2005 after my repeated requests to find out about the plan for my treatment and just to tell me I will be taken to a hospital.

The doctor is providing treatment to other people, but I have been refused treatment. My lungs have air pockets due to the neglect without treatment. This is a nice way to say I have twoe holes in my lungs and it continues to rot inside. I will have to undergo 6 to 9 months of intensive treatment just to stop the process and save part of the remaining lungs and my life.

I currently do not have any more options than to seek immediate help from your chambers, I have not been provided a single treatment of medication. I am attaching a copy of a letter my former attorney, a Retired Immigration Judge. Without INS giving the O.K. now, it will be too late when I reach the point of no return.

Your Honour, could you please help me in this matter, I don't know of any other way to go through this thing.

All the best and look forward to hearing from you.

Respectfully submitted,
John Conteh

# JOYCE & ASSOCIATES, P.C.

### ATTORNEYS AT LAW
205 PORTLAND STREET
FIFTH FLOOR
BOSTON, MA 02114
TEL: 617.523.1500
FAX: 617.523.2400

WILLIAM P. JOYCE * **

◊ Also Admitted in New Jersey
◊◊ Also Admitted in New York
* Also Admitted in Virginia
** Also Admitted in Washington D.C

JANE C. CHIANG ◊ ◊◊
LAWRENCE GATEI
MICHELE H. KANE
SARA LEARY

November 9, 2005

Mr. Bruce Chadbourne
Field Office Director,
U.S. Immigration and Customs Enforcement
JFK Federal Building
Government Center,
Boston, Ma. 02203

Re: John Conteh, A73-630-~~5073~~ 0

Dear Director Chadbourne:

I am wriiting to you regarding Mr. John Conteh, who is in Immigration custody at the Plymouth House of Corrections. On October 31, 2005, I attempted to visit Mr. Conteh at the facility. Instead of being allowed to see Mr. Conteh, I was told that he was in a pressurized room and may or may not have active tuberculosis. I was further told that the facility wanted to conduct additional diagnostic tests but BCIS did not want to spend the money. He is totally segregated from the other prisoners, and, as I understand it, his health is failing fast.

This is a very serious situation. I am attaching for you a hand-written letter I have just received from him. He needs medical attention His case is currently in the First Circuit Court of Appeals. He advises me that he has been issued a stay of removal. I am not handling the First Circuit phase of his case but I was his lawyer at the Immigration Court and before the Board of Immigration Appeals.

Mr. Conteh has been at Plymouth for over four years in immigration custody. He has a right to be treated for his medical condition while he is in your custody. I do not come to you with every issue that comes up, and I appreciate the difficult job that you have, but I implore you to become personally involved in this case before it is too late.

Sincerely,

*William P. Joyce*

William P. Joyce

c.c. John Conteh